**Steven M. FANGMANN,**
**Plaintiff–Appellant,**

v.

**GEORGETOWN UNIVERSITY**
**MEDICAL CENTER,**
**Defendant–Appellee.**

**No. 02–1860.**

United States Court of Appeals,
Fourth Circuit.

Submitted Nov. 7, 2002.

Decided Nov. 13, 2002.

Steven M. Fangmann, Appellant Pro Se.
Mark Spencer Saudek, Hogan & Hartson,
Baltimore, Maryland, for Appellee.

Before WILLIAM D. WILKINS and
LUTTIG, Circuit Judges, and
HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER
CURIAM opinion.

PER CURIAM.

Steven M. Fangmann appeals the district court's order granting summary judgment in his civil action in which he claimed, *inter alia*, violations of the Americans with Disabilities Act, 42 U.S.C. §§ 12101–12213 (2002). We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Fangmann v. Georgetown University Medical Ctr.*, No. CA–01–1958–S (D.Md. July 8, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*